**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1: 07 MJ 00257 GSA |
| | ) | |
|       Plaintiff, | ) | **DETENTION ORDER FOR** |
| V. | ) | **DEFENDANT ON PROBATION** |
| | ) | **OR SUPERVISED RELEASE** |
| JOSE ALBERTO GALVAN-PORTILLO, | ) | |
| | ) | |
|       Defendant, | ) | |
| _____ | ) | |

A. **Order For Detention**
After conducting a hearing on an out-of-district warrant, the Court orders the above-named defendant detained.

B. **Statement Of Reasons For The Detention**
The Court orders the defendant's detention because it finds that defendant is a flight risk.

C. **Findings Of Fact**
The Court's findings are based on the evidence which was presented in Court and that which was contained in the Probation Report and Petition and includes the following:

(1) Nature and circumstances of the offense for which defendant was originally convicted:
    **X**  (a) The crime: violation of 8 USC 1326 is a serious crime and carries a maximum penalty of - 20 years
    ____  (b) The original commitment offense is a crime of violence.
    ____  (c) The original commitment offense is punishable by life imprisonment or death.
    ____  (d) The original commitment offense is one for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

(2) The weight of the evidence against the defendant is high.

(3) The history and characteristics of the defendant including:

    (a) General Factors:
        ____  The defendant appears to have a mental condition which may affect whether the defendant will appear.
        ____  The defendant has no family ties in the area.
        ____  The defendant has no steady employment.
        ____  The defendant has no substantial financial resources.
        ____  The defendant is not a long time resident of the community.
        ____  The defendant does not have any significant community ties.

  (b)  Past conduct of the defendant:
- \_\_\_\_\_ The defendant has a history relating to drug abuse.
- \_\_\_\_\_ The defendant has a history relating to alcohol abuse.
- \_\_\_\_\_ The defendant has a history relating to mental health problems.
- \_\_\_\_\_ The defendant has a significant prior criminal record.
- \_\_\_\_\_ The defendant has a prior record of failure to appear at court proceedings.
- \_\_\_\_\_ Other:

  (c) Whether the defendant was on probation, parole, or release by a court:
    At the time of the current arrest, the defendant was on:
- \_\_\_\_\_ Probation
- \_\_\_\_\_ Parole
- \_\_\_\_\_ Release pending trial, sentence, appeal or completion of sentence.

  (d) Other Factors:
- __X__ The defendant is an illegal alien and is subject to deportation.
- \_\_\_\_\_ The defendant is a legal alien and will be subject to deportation if convicted.
- __X__ Other:  The defendant is to be transported to the Southern District of California as soon as practicable

(4) The nature and seriousness of the danger posed by the defendant's release are as follows:


**D.** **Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility; and

  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

  That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

  IT IS SO ORDERED.

Dated: **October 30, 2007**     /s/ **Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE